JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

1/12/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDICATO TREATMENT CENTER, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL BLUE CROSS, INC.,<br><br>　　　　Defendant. | Case No.: CV 19-06114-CJC(MAAx)<br><br>JUDGMENT |

///

///

///

Plaintiff Dedicato Treatment Center, Inc. brings this action against Defendant Capital Blue Cross, Inc. On January 12, 2021, the Court granted Defendant's motion for summary judgment.

In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing on its complaint against Defendant.

DATED: January 12, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE